HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RUBEN RUDY MOJARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN RUDY MOJARRO,<br><br>Defendant. | Case No. 1:17-cr-00164-JLT-SKO<br><br>*UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER<br><br>Hon. Jennifer L. Thurston |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Cody Chapple, as well as United States Probation Officer Ryan Leasure, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Mojarro was sentenced in the instant case on December 17, 2018, to 90 months in custody, with a 5-year term of supervised release to follow. *See* Dkt. #83. Mr. Mojarro's term of supervised release began on December 21, 2022. As of the date of this filing, Mr. Mojarro has been on supervised release for a period of approximately 3 years and 3 months, out of the initially imposed 5-year term. During that time, no petitions for violation of supervised release have been filed. He has maintained a stable residence and employment through his period of supervision. At present, Mr. Mojarro is on low supervision and is living a positive, pro-social, and law-abiding life. Mr. Mojarro is gainfully employed in the oil fields at "C&J Well Services" and he is seeking employment growth opportunities. Mr. Mojarro is currently living with his three sons, two of which are minors. Mr. Mojarro also lives near to his three daughters and other family members.  In short, Mr. Mojarro has successfully reintegrated into the community.

On February 26, 2026, Mr. Mojarro's probation officer, Ryan Leasure, indicated that probation had "no objection" to early termination in Mr. Mojarro's case. Similarly, on March 9, 2026, Assistant United States Attorney Cody Chapple indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Mr. Chapple and Officer Leasure prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Mojarro and is in the interests of justice. *See* 18 U.S.C. § 3583(e)(1).

//

//

//

Mojarro – Unopposed Motion for
Early Termination of Supervised Release

2

Respectfully submitted,


HEATHER E. WILLIAMS
Federal Defender

Dated: April 7, 2024                     /s/ *Griffin Estes*
                                         GRIFFIN ESTES
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         RUBEN RUDY MOJARRO


**O R D E R**


IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Ruben Rudy Mojarro's term of supervised release.


IT IS SO ORDERED.

Dated:   **April 7, 2026**

_____
UNITED STATES DISTRICT JUDGE


Mojarro – Unopposed Motion for
Early Termination of Supervised Release